B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT

## *For the Northern District of Georgia*

| | |
|---|---|
| IN RE:<br><br>**RODNEY KEITH** | §<br>§      **CASE NO.**<br>§      **14-10165-whd**<br>§      **Chapter 13** |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **TEA OLIVE, LLC** | **SFC Central Bankruptcy** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**TEA OLIVE, LLC**

**PO BOX 1931**

**Burlingame, CA 94011-1931**

Phone: (628) 246-2211
Last Four Digits of Acct #: 9778

Court Claim # (if known):  7
Amount of Claim: $  285.00
Date Claim Filed:  4/18/2014

Phone: (800) 355-5527
Last Four Digits of Acct.#: 9778

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue                    Date:        9/28/2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT

## *For the Northern District of Georgia*

IN RE:

**RODNEY KEITH**

§
§
§
§

CASE NO.

**14-10165-whd**
**Chapter 13**

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____October 14, 2020_____ via electronic notice unless otherwise stated:

### *Via Electronic Notification*

**Chapter 13 Trustee**

ADAM M. GOODMAN

260 Peachtree St NW Ste 200

Atlanta, GA 303031236

### *Via U.S. Mail*
**Debtor**

RODNEY KEITH

411 Colquitt St

Lagrange, GA 30241-5529

**Debtors' Attorney**

MICHAEL A. GOROVE

HARMON & GOROVE, P.C.

1 Jefferson St

Newnan, GA 30263-1911

Respectfully Submitted,
/s/ Larry Yip
Larry Yip