UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-10165-LRC |
| | ) | |
| RODNEY KEITH | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Melissa J. Davey, Standing Chapter 13 Bankruptcy Trustee, files this Notice that she is remitting the amount of $9571.13 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Markone Financial, P.O. Box 550870, Jacksonville, FL 32255-0870, related to Claim No. 1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

Dated: 2/1/2023

Respectfully submitted,

/s/Melissa J. Davey
Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:      678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-10165-LRC |
| | ) | |
| RODNEY KEITH | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on this day I caused a copy of this Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
RODNEY KEITH
115 BELMONT TERRACE
FAIRBURN, GA 30213

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
HARMON & GOROVE, ATTYS

Dated: 2/1/2023

Respectfully submitted,

/s/Melissa J. Davey
Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:        678-510-1450
mail@13trusteeatlanta.com